## <u>DECLARATION OF TERRENCE JEFFERSON</u>

Terrence Jefferson, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Terrence Jefferson. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Louisiana, where I am currently located.

2. I am a former employee of the Super 8, located at 4979 Old National Highway, College Park, Georgia 30349. I was employed as a maintenance worker from around late 2013 to around 2016. I worked seven days per week. My responsibilities included janitorial work, collecting room payments, and maintenance work. I was hired by the owner of the Super 8. I also lived there as a resident on the third floor of the hotel.

3. Another person who was a regular at the Super 8 well known for selling condoms and other sex paraphernalia, and also drugs, out of her hotel room.

4. The office manager who worked in the lobby, the hotel owner, and other employees would regularly walk around the property. They would watch and listen to what was going on at the hotel. They knew who was involved in selling sex and sex trafficking. They would make sure that anyone who was selling

sex, involved with drugs, or a sex trafficking victim was put on the back side of the hotel and not the front.

5. Anyone could see what was happening from the security cameras at the property, which were in the office. The owner and other management could also see the activity from the patio on the back side of the office.

6. While living or working at the Super 8 I saw a lot of criminal activity, including drugs, prostitution, and other crime. Some of the women looked younger and many of them appeared to be on drugs. They dressed in skimpy clothes, fishnet, high heels, and lots of makeup like prostitutes. These women looked young like they were in middle school and were obviously minors. They would hang around with other men on the property who would go into rooms with them and leave shortly after.

7. I personally saw women being sold for sex at the Super 8. Most of the women showed up on Thursday and stayed through the weekend. This happened regularly. Many of the women would advertise on backpage.com. The women would start as early as 6am and walk down the road by the hotel to bring back customers. One woman said she was employed in management at a fast-food restaurant, but quit her day job because she made so much money selling sex at the hotel. She bragged that one day she made hundreds of dollars for just 30 minutes of her time.

8.    I also saw pimps who controlled the girls being sold for sex. They would sit outside the hotel room where anyone could see them. After the buyers were done in the room the pimp would collect the money outside the room. The pimp would go back into the room and come back out. Another buyer would come in and it would happen all over again.

9.    As a maintenance worker I often responded to complaints in rooms where girls were being sold for sex. One time a woman called me about an issue in the room. When I got there, the room was really hot and I saw over 30-40 used condoms on the floor of the room. I saw this type of thing more than once at the hotel while going in and out of the rooms performing my job duties.

10.    The cleaning staff would come in the morning and would change sheets and clean up. They would also find dozens of condoms on the floor and have to clean these up.

11.    The criminal activity was obvious. The hotel management and staff had a policy to keep criminal activity on the back side of the hotel. At any given time from Thursday to Sunday the whole back side would be filled with women selling sex and sex trafficking victims. Residents and guests of the hotel who were not involved in drugs or prostitution were kept on the frontside of the hotel, that was the "good side" of the hotel. This included a lot of airline

3

Docusign Envelope ID: 4F18AEEB-E693-4E2F-9129-C4FB0815049D

employees or people on layovers. For the most part, the people on the back side of the hotel were people of color.

12.  I also saw minor girls being sold for sex at the hotel. I saw a girl who was inside a room with another, older male I thought was a pimp. The girl was obviously a minor and looked very young like she was in middle school. She was always followed closely by the older male with her who kept her in the room and stayed on top of her whenever she was outside the room.

13.  The hotel would often kick out a guest if they didn't pay. But the men and women involved in selling sex and sex trafficking would never get kicked out.

14.  I have read this Declaration consisting of 14 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 19, 2026, in Concordia Parish, Louisiana.

Signed by:

39741B3708384F7...

Terrence Jefferson