AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-2999**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Safi Investment, Inc.**
was received by me on **6/02/2026:**

☐ I personally served the **SUMMONS; COMPLAINT; DECLARATION OF TERRENCE JEFFERSON; DECLARATION OF TERRELL EVANS; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Kafi Safi**, who is designated by law to accept service of process on behalf of **Safi Investment, Inc.** at **4001 Oak Forest Circle, Marietta, GA 30062** on **06/03/2026 at 2:44 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 153.00** for services, for a total of **$ 153.00**.

I declare under penalty of perjury that this information is true.

Date: 06/04/2026

_____
*Server's signature*

**Temitope Ode**
*Printed name and title*

**7959 Roswell rd. Apt B**
**Atlanta, GA 30350**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; DECLARATION OF TERRENCE JEFFERSON; DECLARATION OF TERRELL EVANS; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND   CORPORATE DISCLOSURE STATEMENT,  to Kafi Safi who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.**





Tracking #: **0226257332**