AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-02999-MLB**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Safi Investment, Inc.**
was received by me on  **6/10/2026:**

☐ I personally served the **PROPOSED ORDER; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY; CERTIFICATE OF COMPLIANCE** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Laila Nahid**, who is designated by law to accept service of process on behalf of **Safi Investment, Inc.** at **4001 Oak Forest Cir, Marietta, GA 30062** on **06/10/2026 at 1:18 PM**; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  06/10/2026

_____
*Server's signature*

**Henry Adigwe**
*Printed name and title*

**4848 Merriman Walk**
**Atlanta, GA 30339**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, PROPOSED ORDER; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY; CERTIFICATE OF COMPLIANCE,  to Laila Nahid who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 5'-5'4" tall and weighing 160-180 lbs with an accent.**





Tracking #: **0227232096**