AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-02999-MLB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Safi Investment, Inc.**
was received by me on **8/12/2026:**

☐ I personally served the **SUMMONS; COMPLAINT; CIVIL COVER SHEET; STANDING ORDER REGARDING CIVIL LITIGATION; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY; CERTIFICATE OF SERVICE; CERTIFICATE OF COMPLIANCE; PROPOSED ORDER; DECLARATION OF TERRELL EVANS; DECLARATION OF TERRENCE JEFFERSON** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Kazi Nahid**, who is designated by law to accept service of process on behalf of **Safi Investment, Inc.** at **4001 Oak Forest Cir, Marietta, GA 30062-5254** on **08/13/2026 at 7:56 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 08/14/2026

Steven Hale
*Server's signature*

**Steven Hale**
*Printed name and title*

**1083 Lullwood Ct. NE**
**Marietta, GA 30066**
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET; STANDING ORDER REGARDING CIVIL LITIGATION; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY; CERTIFICATE OF SERVICE; CERTIFICATE OF COMPLIANCE; PROPOSED ORDER; DECLARATION OF TERRELL EVANS; DECLARATION OF TERRENCE JEFFERSON, to Kazi Nahid with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 45-55 years of age and 5'8"-5'10" tall.**

Tracking #: **0237044563**

Civil Action No. **1:26-cv-02999-MLB**

# CERTIFICATE
## OF COMPLETION

THIS CERTIFICATE ACKNOWLEDGES THAT

**Steven Hale**

HAS SUCCESSFULLY COMPLETED THE 12-HOUR COURSE TITLED

**Georgia Process Server Pre-Certification**

09 December 2025

706-268-2221 or 832-922-1215
www.learningshopusa.com and/or .online
learningshopusa@gmail.com
When you receive this certificate, pls call our office
706/268-2221 or email us sharondecet@yahoo.com
to alert so we can register you for the state exam

Sharon DeCet

Sharon DeCet
Instructor