**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **C.G.,**<br><br>**Plaintiff,**<br>**v.**<br>**DEFENDANT SAFI INVESTMENT, INC.,**<br><br>**Defendant.** | **Civil Action No. 1:26-cv-02999-MLB** |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Safi Investment, Inc. ("Defendant"), by and through undersigned counsel, and with the consent of Plaintiff C.G. ("Plaintiff"), respectfully moves for an extension of time to respond to Plaintiff's Complaint. Defendant requests that the deadline to answer, move, or otherwise respond to the Complaint be extended through and including **October 14, 2026**. In support of this Motion, Defendant states as follows:

1. On May 29, 2026, Plaintiff filed the Complaint in this action, asserting claims against Defendant under, inter alia, the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1595, Masha's Law, 18 U.S.C. § 2255, and Georgia law.

2. According to the Proof of Service filed on August 24, 2026 (Dkt. 14), Defendant was served through its registered agent on August 13, 2026. Accordingly, Defendant's deadline to respond to the Complaint was September 3, 2026.

3. Undersigned counsel was recently retained to represent Defendant in this matter and is in the process of reviewing the allegations, investigating the underlying facts, evaluating potential defenses, and preparing Defendant's response to the Complaint.

4. Given the nature and scope of the allegations, including multiple claims arising under both federal and state law, additional time is necessary to allow counsel to conduct a thorough review and prepare a complete and informed response.

5. Counsel for Defendant conferred with counsel for Plaintiff regarding the relief requested herein, and Plaintiff consents to the requested extension.

6. This request is made in good faith, is not sought for purposes of delay, and will not prejudice Plaintiff or otherwise interfere with the orderly administration of this case.

WHEREFORE, Defendant Safi Investment, Inc. respectfully requests that the Court enter an Order extending Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint through and including **October 14, 2026**, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 28th day of September, 2026.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Sarah J. Unatin*

Frederick N. Sager, Jr.
Georgia Bar No. 622070
Patrick B. Moore
Georgia Bar No. 520390
Sarah J. Unatin
Georgia Bar No. 953061
*Counsel for Defendant*

3344 Peachtree Rd, N.E.
Suite 2400
Atlanta, Georgia 30326
Tel. (404) 876-2700 | Fax (404) 875-9433
Rsager@wwhgd.com
Pmoore@wwhgd.com
Sunatin@wwhgd.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D**

Under Local Rules 5 .1 (C) and 7. l (D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Dated: September 28, 2026

*/s/ Sarah J. Unatin*
Sarah J. Unatin

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed a copy of the foregoing pleading via the Court's electronic filing system, which will automatically send notification to all counsel of record, as follows:

September 28, 2026.

WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC

*/s/ Sarah J. Unatin*
Sarah J. Unatin
GA Bar No. 953061

*Counsel for Defendant*