IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.G.,<br><br>Plaintiff,<br><br>v.<br><br>SAFI INVESTMENT, INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-02999-MLB |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Safi Investment, Inc., by and through its undersigned counsel, and hereby files its Certificate of Interested Persons and Corporate Disclosure Statement with the Court and states as follows:

**(1) The undersigned counsel of record for this Defendant certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

(a) Plaintiff C.G.;

(b) Defendant Safi Investment, Inc.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

In addition to those identified in response to (1) above, Defendants identify Kazi Nahid, Naushin Laila, and the Defendant's potential insurers, Torus Specialty Insurance Company, Scottsdale Insurance Company, Nautilus Insurance Company, Western World Insurance Company, and GenStar Insurance Services, LLC. Please note that some carriers have denied coverage and others are providing coverage under a Reservation of Rights.

**(3) The undersigned counsel of record for Defendants further certifies that the following is a full and complete list of all persons serving as attorneys for these Defendants in this proceeding:**

Patrick Moore
Lisa K. Whitfield
Sarah Unatin
Weinberg Wheeler Hudgins Gunn & Dial
LLC 3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Lisa K. Whitfield*

Patrick B. Moore
Georgia Bar No. 520390
Lisa K. Whitfield
Georgia Bar No. 428950
Sarah J. Unatin
Georgia Bar No. 953061
*Counsel for Defendant Safi Investment, Inc.*

3344 Peachtree Rd, N.E., Ste 2400
Atlanta, Georgia 30326
Tel. (404) 876-2700 | Fax (404) 875-9433
Pmoore@wwhgd.com
lwhitfield@wwhgd.com
Sunatin@wwhgd.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D**

Under Local Rules 5 .1 (C) and 7. l (D), I hereby certify the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Dated: October 14, 2026

WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC

*/s/ Lisa K. Whitfield*__________
Lisa K. Whitfield
Georgia Bar No. 428950

## CERTIFICATE OF SERVICE

I hereby certify I have this day filed a copy of the foregoing ***Defendant's Certificate of Interested Persons and Corporate Disclosure Statement*** via the Court's electronic filing system, which will automatically send notification to all counsel of record, as follows:

Jennifer Webster
Patrick J. McDonough
Jonathan s. Tonge
ANDERSEN, TATE & CARR
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
jwebster@atclawfirm.com
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

This 14th day of October 2026.

WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC

*/s/ Lisa K. Whitfield*__________
Lisa K. Whitfield
Georgia Bar No. 428950

*Counsel for Defendant Safi Investment, Inc.*