# DECLARATION OF TERRELL EVANS

Terrell Evans, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Terrell Evans. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Georgia, where I am currently located.

2. I stayed at the Super 8, located at 4979 Old National Highway, College Park, Georgia 30349, off and on from 2012-2015.

3. At the Super 8, I did some work as an independent prostitute and visited friends that were also in the life like Jasmine. I saw lots of other girls selling sex at the Super 8 too.

4. At the Super 8 drugs and prostitution were all over the property. There were always girls dressed in skimpy clothes and there were lots of men coming in and out of the rooms for short times. A lot of the girls being sold there were very young, looking like they were in middle school. They were always walking around the motel looking for men to buy them for sex at the motel. Many of the girls would walk the long driveway into the property and bring "Johns" back to the room for sex.

5. There were also pimps at the motel. I would see these guys hanging out outside the rooms when the girls were having sex with someone inside the room.

6. The owner of the motel would have seen all the same things I saw at all motel because it was obvious.

I have read this Declaration consisting of 6 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on 10-16, 2025.

Terrell Evans

Terrell Evans