**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

C. G. and T.D.,

Plaintiffs,

Case No. 1:26-cv-2999-MLB

v.

SAFI Investment, Inc.,

Defendant.

_________________________________/

**SCHEDULING ORDER**

Before the Court is the parties' Joint Preliminary Report and Discovery Plan (Dkt. 25) (the "Plan"). Having considered the Plan, it is hereby **APPROVED**. The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified: This case is assigned to a six-month discovery track. Discovery shall be completed on or before May 13, 2027. Any motions to amend the pleadings shall be filed within thirty (30) days of the entry of this Order. Any request to stay or extend

discovery shall be made by motion in accordance with the Local and Federal Rules and the Court's Standing Order (Dkt. 16).

**SO ORDERED** this 13th day of November, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE